## CASTLE v. UNITED STATES.

No. 60, Misc.   Decided October 16, 1961.

Petitioner *pro se.*

*Solicitor General Cox* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   We are in agreement with the representations of the Solicitor General that, under the principles announced in *Bell* v. *United States,* 349 U. S. 81, the petitioner was guilty of but a single offense under 18 U. S. C. § 2314.   In light of such representations and upon consideration of the entire record, the judgment is vacated and the case is remanded to the Court of Appeals with instructions to remit to the District Court for resentencing in accordance with this opinion.